O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL CROCKETT, | ) | Case No. CV 10-5857-DOC (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF TORRANCE, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

Dated: January 11, 2013

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE